MATILDA REINERT, Appellant, *v.* JOHANNA SCHMIDT, Respondent.

*Reinert* v. *Schmidt*, 163 App. Div. 885, affirmed.
(Argued March 12, 1917; decided March 27, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered May 5, 1914, affirming a judgment in favor of
defendant entered upon a dismissal of the complaint by
the court on trial at Special Term in an action for rescis-
sion of a contract of sale of real estate on the ground that
the plaintiff was induced to enter into the contract by
reason of the false and fraudulent representations of the
defendant. Judgment was demanded in the complaint
for the rescission of the contract in question, the return
of the sum of $1,000 paid on account by the plaintiff, and
that said sum be declared a lien upon said premises and
satisfied from a sale thereof; that plaintiff recover the
sum paid for searching the title, and for such other relief
as might be proper.

*George H. Taylor, Jr.,* and *Albert J. Appell* for
appellant.

*Julius Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND,
CRANE and ANDREWS, JJ. Not voting: CUDDEBACK, J.